# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **WESLEY BAILEY, JR.,** *Defendant.* | **CRIMINAL ACTION NO.** **5:20-cr-00036-TES-CHW** |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is Defendant Wesley Bailey, Jr.'s Unopposed Motion for Continuance [Doc. 49], in which he seeks to continue the trial currently scheduled to begin in the April 2022 Trial Term to the June 2022 Trial Term.

On September 17, 2020, the Grand Jury indicted Defendant Wesley Bailey, Jr. on one count of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). [Doc. 1]. On December 20, 2021, Defendant pled not guilty to this charge at his arraignment. [Doc. 37]; [Doc. 39]. Eight days later, the Court set the case for trial, with a pretrial conference to occur on January 18, 2021. [Doc. 46]. Defendant moved to continue the case to the April 2022 Trial Term. [Doc. 47].

Now, Defendant moves to continue the case to the next trial term, arguing that a second continuance is necessary because "[t]he additional time will afford [his] counsel an opportunity to review discovery, conduct a meaningful investigation of the case and to discuss a possible resolution of the case with the Government." [Doc. 49, ¶ 5].

In light of the unopposed nature of Defendant's request, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 49] and **CONTINUES** this case and its pretrial conference to the Trial Term beginning *June 13, 2022*. 18 U.S.C. § 3161(h)(7)(B)(i).

Failure to grant this continuance would deny Defendant's lead counsel the reasonable time necessary for effective preparation. *Id.* at § 3161(h)(7)(B)(iv). The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 3rd day of March, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**