IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WESLEY BAILEY, JR.,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:20-cr-00036-TES-CHW |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 53], in which it seeks to continue the trial currently scheduled to begin in the June 2022 Trial Term to the August 2022 Trial Term. On September 17, 2020, the Grand Jury charged Defendant Wesley Bailey, Jr. with one count of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). [Doc. 1]. On December 20, 2021, Defendant pled not guilty to this charge at his arraignment. [Doc. 37]; [Doc. 39].

Now, the Government requests this continuance because "Defendant Bailey has indicated he requires additional time to investigate a potential defense, and is not ready to proceed to trial or resolve his case." [Doc. 53, p. 2]. The Government further argues that this "additional time will afford Defendant's counsel an opportunity to further investigate the case and to discuss a possible resolution of the case with the Government." [*Id.*].

Consistent with the Government's request, the Court **GRANTS** its Unopposed Motion for Continuance [Doc. 53] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—August 8, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

**SO ORDERED**, this 6th day of June, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**