# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **WESLEY BAILEY, JR.,** *Defendant.* | **CRIMINAL ACTION NO.** **5:20-cr-00036-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 63], filed by the Government. On September 17, 2020, the Government obtained a one-count indictment charging Defendant with Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). [Doc. 1]. The Court denied Defendant's motion to suppress following a hearing held on August 1, 2022, and therefore, Defendant's speedy trial clock will resume running. [Doc. 61], [Doc. 62]. The parties are discussing the possibility of pretrial resolution, and the Government seeks a continuance to permit the parties to conclude plea negotiations. [Doc. 63, p. 2]. Accordingly, the Court **GRANTS** the Government's Unopposed Motion to Continue [Doc. 63], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—October 11, 2022. *See* 18 U.S.C. § 3161(h)(1)(G).

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

 **SO ORDERED**, this 8th day of August, 2022.

             S/ Tilman E. Self, III
             **TILMAN E. SELF, III, JUDGE**
             **UNITED STATES DISTRICT COURT**