# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:20-CR-36-001 |
| Wesley Bailey, Jr. | ) |
| | ) USM No: 74975-509 |
| Date of Original Judgment: December 12, 2022 | ) |
| Date of Previous Amended Judgment: _____ | ) Catherine M. Williams |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO AMENDMENT 821

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  190 months  .

Wesley Bailey, Jr. was originally sentenced on December 6, 2022, to a term of imprisonment of 210 months to be served consecutively to any term of imprisonment that may be imposed in Pasco County Circuit Court Case No. 2020-CF-001777. The prison term was to be followed by a five-year term of supervised release.

Bailey's criminal convictions resulted in a subtotal criminal history score of six. An additional two points were added since he committed the instant offense while under a criminal justice sentence. His total criminal history score was eight, which established a Criminal History Category IV. Based on a Total Offense Level 33 and a Criminal History Category IV, the guideline imprisonment range was 188 to 235 months.

Part A of Amendment 821 of the United States Sentencing Guidelines eliminated "status points" for being under a criminal justice sentence at the time of the instant offense for defendants with six or less criminal history points. Therefore, the defendant's total criminal history score would be reduced to six which establishes a Criminal History Category III. Based on a Total Offense Level 33 and a Criminal History Category III, the guideline imprisonment range becomes 168 to 210 months. The Government agrees that a sentence reduction is appropriate and believes a reduction of 20 months is appropriate. The Court has determined a sentence reduction of 20 months is reasonable when considering the 18 U.S.C. 3553(a) factors and is also proportional to the original sentence. Therefore, the Court reduces the sentence of imprisonment to 190 months.

Except as otherwise provided, all provisions of the judgment dated  December 12, 2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 3, 2024                              s/Tilman E. Self, III
                                                                    *Judge's signature*

Effective Date: _____                         Tilman E. Self, III, U.S. District Judge
         *(if different from order date)*                *Printed name and title*